# ATTACHMENT
# RELATED CASES

## Federal Cases in Eastern District:

Jane Doe v. Greg Rodriguez, Michael Pallares, DOES 1-20
1:22-cv-01569-JLT-SAB

Jane Roe v. Greg Rodriguez, Michael Pallares, DOES 1-20
1:22-cv-01574-JLT-SAB

## State Cases, Superior Court of California, County of Madera:

Jane Doe v. State of California, California Department of Corrections & Rehabilitation (CDCR)
Superior Court Case No. MCV088884

Jane Roe v. State of California, California Department of Corrections & Rehabilitation (CDCR)
Superior Court Case No. MCV088889