Robert Chalfant (State Bar No. 203051)
**LAW OFFICE OF ROBERT CHALFANT**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 647-7728
Facsimile:    (916) 930-6093
Email:    robert@rchalfant.com

Attorney for Plaintiff
JANE DOE #3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| JANE DOE #3, | Case No. |
|---|---|
| Plaintiff, | |
| v. | |
| OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20, | **DECLARATION OF** ▮▮▮▮ (A/K/A "JANE DOE 3") |
| Defendants. | |

I, ▮▮▮▮▮, do declare:

1.    I am the Plaintiff in the above-captioned action. I submit this declaration in support of the motion to proceed under the pseudonym of "Jane Doe #3."

2.    Through this action, I have alleged that I am a victim of sexual harassment, sexual assault, and rape by Correctional Officer Greg Rodriguez, who was employed as a correctional officer by the State of California at the Central California Women's Facility in Chowchilla, California.

3.    I wish to maintain my privacy and not to be publicly named in this civil action.

4.    The issues involved in this matter are highly sensitive and personal in nature, such that public disclosure of my true identity would raise a serious risk of emotional and

1

psychological harm.

5.    I do not believe that proceeding by pseudonym will be prejudicial to Defendants, as I have previously disclosed my identity to Defendants prior to filing this action, and I will disclose my identity to Defendants during the course of this litigation.

6.    Additionally, I have revealed and disclosed my identity to investigators employed by the State of California regarding the allegations in this action.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 13, 2023, at Modesto, California.

(a/k/a "Jane Doe #3")

2