Robert Chalfant (State Bar No. 203051)
**LAW OFFICE OF ROBERT CHALFANT**
5701 Lonetree Blvd., Suite 312
Rocklin, California 95765
Telephone:    (916) 647-7728
Facsimile:    (916) 930-6093
Email:        robert@rchalfant.com

    Attorney for Plaintiff
    JANE DOE #3

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| JANE DOE #3, | Case No. 1:23-cv-00868-JLT-BAM |
|     Plaintiff, | |
|     v. | **[PROPOSED] ORDER GRANTING PLAINTIFF JANE DOE #3'S *EX PARTE* MOTION TO PROCEED BY PSEUDONYM** |
| STATE OF CALIFORNIA, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), OFFICER GREG RODRIGUEZ, ACTING WARDEN MICHAEL PALLARES, and DOES 1 to 20, | |
|     Defendants. | |

    GOOD CAUSE appearing, the Court GRANTS Plaintiff's *ex parte* motion to proceed by pseudonym "Jane Doe #3'.

    IT IS SO ORDERED.

Dated:

_____
United States Magistrate Judge

1